

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00310-CV

---

In re Lynsey Nicole Reel, Relator

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## MEMORANDUM OPINION

Relator, Lynsey Nicole Reel, filed a petition for writ of mandamus on November 13, 2025. After consideration, the Court has determined that Reel is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied.

MARIA SALAS MENDOZA, Chief Justice

November 14, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.